**Slip Op. 03-161**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                          :
INTERNATIONAL UNION UNITED AEROSPACE,     :
AUTOMOTIVE AND AGRICULTURAL IMPLEMENT      :
WORKERS OF AMERICA, UAW LOCAL 402,         :
and UAW LOCAL 658,                         :
                                          :      Court No.
          Plaintiffs,                     :      03-00642
                                          :
          v.                              :
                                          :
UNITED STATES SECRETARY OF LABOR,          :
                                          :
          Defendant.                      :
_____  :

**ORDER**

Upon consideration of defendant's consent motion for voluntary remand, it is hereby

**ORDERED** that the consent motion is granted; and it is further

**ORDERED** that this action is remanded to the United States Department of Labor to conduct a further investigation and to make a redetermination as to whether petitioners are eligible for certification for worker adjustment assistance benefits; and it is further

**ORDERED** that the remand results shall be filed no later than 90 days after the date of this order; and it is further

**ORDERED** that plaintiffs shall file comments with the Court indicating whether they are satisfied or dissatisfied with the

remand results no later than 30 days after the remand results are filed with the Court; and it is further

**ORDERED** that the deadline for the filing of the motion for judgment on the agency record shall be extended to 60 days after plaintiffs indicate whether they are satisfied or dissatisfied with the remand results.

_____
                          NICHOLAS TSOUCALAS
                          SENIOR JUDGE


Dated:      December 15, 2003
            New York, New York